DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM ORTIZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1604

[August 15, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 00-1188 CF10A.

Michael P. Mirer of Law Office of Michael Mirer, P.A., Miami for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***